No. 12,862.

LADD ET AL *v.* CARRICATO ET AL.
(2 P. [2d] 1087)

Decided June 15, 1931. Rehearing denied September 14, 1931.

Judgment affirmed en banc without written opinion.

Mr. JOHN A. MARTIN, for plaintiffs in error.

Mr. RALPH L. NEARY, for defendants in error.